THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
GABRIELE MAGGIORE, Appellant.

APPEAL — UNANIMOUS AFFIRMANCE IN CRIMINAL CASE PRECLUDES
REVIEW OF FACTS. The constitutional provision (Const. of N. Y. art. 6,
§ 9) as to the conclusiveness of an unanimous decision of the Appellate
Division as to all questions of fact is unqualified in its language and pre-
cludes a review thereof by the Court of Appeals in criminal as well as in
civil causes.
*People* v. *Maggiore,* 119 App. Div. 284, affirmed.

(Argued June 11, 1907; decided June 14, 1907.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
24, 1907, which affirmed a judgment of the Court of General
Sessions of the county of New York, rendered upon a verdict
convicting the defendant of the crime of assault in the second
degree.

*Charles E. Le Barbier* for appellant.

*William Travers Jerome, District Attorney (E. Crosby
Kindleberger* of counsel), for respondent.

GRAY, J.  The defendant was convicted of the crime of
assault in the second degree.  The conviction was based upon
evidence that he had fired four times with a revolver into the
complainant's store, after an altercation with, and an assault
upon the complainant's wife over a purchase of cigarettes.
The judgment has been affirmed by the unanimous vote of
the justices of the Appellate Division.  The appellant asks
us to review the evidence upon the trial, with respect to its
sufficiency and character to justify a conviction; but the
unanimous affirmance below concludes this court.  This is
so, as well in criminal, as in civil causes.  (*People* v. *Helmer,*
154 N. Y. 596; *People* v. *Adams,* 176 ib. 351; *People* v.
*De Garmo,* 179 ib. 130.)  Confusion of mind upon this
subject should cease.

The case of *People* v. *Ledwon,* (153 N. Y. 10), did not come
under the operation of the constitutional amendment.  It has

no application. In the case of *People* v. *Gaffey*, (182 N. Y. 257), the concurrence of the judges was upon the merits, or, in effect, in the result, and did not sustain the opinion otherwise. The constitutional provision as to the conclusiveness of a judgment upon all questions of fact, when unanimously affirmed by the Appellate Division, is unqualified in its language and there is no reason for denying its effect in criminal cases. (Constitution, art. VI, section 9.)

The judgment of conviction should be affirmed.

CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ., concur.

Judgment of conviction affirmed.